**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-80048-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SANTIAGO LOPEZ CIRO,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 64]. On November 17, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 62] during which Defendant pled guilty to Count One of the Indictment [ECF No. 9] pursuant to a stipulated factual basis and plea agreement [ECF No. 63]. The Government submitted a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One in the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 9]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 64] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered by Defendant Santiago Lopez Ciro as to Count One of the

CASE NO. 22-80048-CR-CANNON

Indictment is **ACCEPTED**.

3. Defendant Santiago Lopez Ciro is adjudicated guilty of Count One of the Indictment, which charges him with conspiracy to possess with the intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 19th day of December 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record